## Commonwealth *v.* Dent, Appellant.

Argued November 13, 1972. *Richard E. Davis,* Assistant Public Defender, for appellant; *Joseph M. Stanichak,* Assistant District Attorney, and *Joseph S. Walko,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM : The record is remanded to the court below for resentence under the Act of April 14, 1972, P. L. 165, 35 P.S. 780-101 to 780-143. See *Commonwealth v. Simpson,* 222 Pa. Superior Ct. 296, 294 A. 2d 805 (1972).

## Commonwealth, Appellant, *v.* Froelich.

Argued December 8, 1972. *F. Ned Hand,* Assistant District Attorney, with him *William H. Lamb,* District Attorney, for Commonwealth, appellant; *John E. Stively,* for appellee.

Order affirmed.

WRIGHT, P. J., dissents.